IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KATHERINE M. VEST                            PLAINTIFF

v.                            CIVIL NO. 11-3113

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 15th day of February, 2013.

                                         /s/ *Erin L. Setser*
                                           HON. ERIN L. SETSER
                                           UNITED STATES MAGISTRATE JUDGE